**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LARRY WASHINGTON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOARD OF EDUCATION FOR THE CITY OF | ) | Case No. _____ |
| CHICAGO; JANICE JACKSON, in her official capacity as | ) | |
| Chief Executive Officer of the Chicago Public Schools and | ) | |
| in her individual capacity; LATANYA MCDADE, in her | ) | |
| official capacity as Chief Education Officer of the Chicago | ) | JURY DEMANDED |
| Public Schools and in her individual capacity; LAURA | ) | |
| LEMONE, in her official capacity as Network Chief, District | ) | |
| 14 for the Chicago Public Schools, and in her individual | ) | |
| capacity; JADINE CHOU, in her official capacity as Chief of | ) | |
| Safety and Security for the Chicago Public Schools, and in | ) | |
| her individual capacity; MICHAEL PASSMAN, in his | ) | |
| official capacity as Chief Communications Officer for the | ) | |
| Chicago Public Schools, and in his individual capacity; | ) | |
| MATTHEW LYONS, in his official capacity as Chief | ) | |
| Executive Officer of the Chicago Public Schools and in his | ) | |
| individual capacity; and JANE AND JOHN DOE, employees | ) | |
| of the Chicago Public Schools, in their official and individual | ) | |
| capacities. | ) | |
| | ) | |
| Defendants. | ) | |

---

**<u>COMPLAINT</u>**

Plaintiff, LARRY WASHINGTON, JR., by and through his attorneys, GINSBERG

JACOBS, LLC, for his Complaint against Defendants, BOARD OF EDUCATION FOR THE

CITY OF CHICAGO ("CPS"), JANICE JACKSON, LATANYA MCDADE, LAURA LEMONE,

JADINE CHOU, MICHAEL PASSMAN, MATTHEW LYONS, and JANE and JOHN DOE,

states as follows:

## INTRODUCTION

1.     Larry Washington, a happily married man with three children, not only worked as a CPS substitute teacher and girls' basketball coach at Lincoln Park High School ("LPHS" or "School") for more than 20 years without incident, he was universally respected and beloved by students, players, parents, and peers.

2.     Then, on January 24, 2020, without notice or explanation, CPS abruptly terminated him from coaching and suspended him from his teaching duties.  CPS ostensibly did so because a player's parent made a false and utterly unfounded charge that Washington had engaged in "sexual misconduct" with the player.

3.     The charge was not only false, but preposterous.  The claimed "sexual misconduct" was actually an innocuous stray text message relating only to basketball matters.  There was nothing "sexual" whatsoever about the stray text.

4.     The complaint was so frivolous that the Illinois Department of Children and Family Services ("DCFS") declined to investigate when notified.

5.     But the CPS Office of Inspector General ("OIG") immediately undertook a lengthy, comprehensive investigation, which included interviewing more than a dozen witnesses, players, and parents, subpoenaing documents, and even subpoenaing and reviewing Mr. Washington's phone records without his knowledge.

6.     Though it had completed its investigation by March 2020, and at that time shared the results with Defendants and recommended that Defendants reinstate Washington, the OIG did not issue its final report, which spanned more than 100 pages with exhibits, until May 27, 2020 (the "Report").[1]

---

[1] Because of its sensitivity, and because Plaintiff only received a heavily-redacted copy, Plaintiff does not attach the Report, which includes witness notes, emails, screen shots, and exhibits.

7.     In its Report, which the OIG sent to the seven members of The Chicago Board of Education, the OIG found, stated, and concluded as follows:

- "The OIG finds that there is no evidence that Washington engaged in any sexual misconduct." *Id*. at 1.

- "The OIG did not find any past incident reports that contain sexual allegations against Washington.  The OIG also reviewed Washington's Substitute Services File, and did not find any negative information [in 23 years]." *Id*. at 2-3.

- "The OIG reviewed Washington's emails from his CPS account, but did not find any emails indicative of inappropriate conduct with respect to Student One or anyone else."  *Id*. at 12.

- The texts exchanged between Washington and the student were few and "sporadic" and almost always "initiated" by the student: "Their texts ***always*** related to basketball (e.g., signing up for the team, obtaining a uniform, asking for a ride to a midseason game, etc.)."  *Id*. at 3 (emphasis added).

- Washington occasionally texted his players, almost always in *response* to texts they sent him: "However, there is no suggestion that ***any*** of these texts related to anything other than basketball and logistics surrounding the team and games."  *Id*. at 15 (emphasis added).

- Similarly: "The OIG acknowledges there is no evidence that ***any*** of Washington's texts were related to anything besides basketball." *Id*. at 19 (emphasis added).

---

Plaintiff welcomes filing the full Report and seeks to do so, but as a courtesy will give Defendants an opportunity to move to have it filed under seal or as-redacted.  Defendants were provided the Report when it was issued on May, 27, 2020, but knew of its conclusions and recommendation to reinstate Washington in March 2020.

- As the OIG quoted players: "They have only texted about basketball related things. No other player has ever [said] they were uncomfortable with Washington texting them. . . . Washington doesn't talk about personal matters, only basketball." *Id*. 8.

- On the rare occasions Washington gave players rides to games – which he did only when requested by them or their parents – "There is no allegation or suggestion that Washington engaged in any inappropriate or flirtatious behavior." *Id*. at 16. Instead, "the evidence showed that Washington did not act inappropriately during these rides with his players." *Id*. at 19.

- As for Washington checking in with the player about her subpar performance in a class: "The OIG cannot find that it was improper for Washington to check in with one of his players about poor class performance, particularly after being implicitly encouraged to do so by her teacher." *Id*. at 18.

8. Besides suspending and removing Washington from his duties as teacher and coach, Defendants leaked a series of "reports" claiming that Washington engaged – or was alleged to have engaged in – "sexual misconduct," knowing all along he had engaged in no sexual misconduct.

9. A week later, on February 3, 2020, CPS held an open, well-publicized, community-wide, standing room only meeting at the School attended by multiple press and media outlets (the "Meeting"). At the Meeting, CPS repeated the false and unfounded statements that Washington either committed, or was alleged to have committed, "adult on student sexual misconduct" as coach of the girls' basketball team.

10. Thereafter Defendants leaked stories, or provided information, to the press falsely stating or inferring that Washington had committed or was accused of "sexual misconduct."

4

11.    Anyone attending the Meeting would be left with the firm impression that Washington was accused of at least one of the following serious charges: (a) having sex with a student, (b) if not sex, then other serious inappropriate physical contact with a student, (c) if not serious physical contact, then hugging, hand holding, or a back rub, (d) if not that, then sharing an explicit video or photo, (e) if not that, then engaging in "dirty talk," (f) if not that, then making a flirtatious solicitation, or (g) if not that, then making an inappropriate inquiry, like whether she has a boyfriend or statement that she is pretty.

12.    That is, all attending the Meeting were left with the unmistakable impression that Washington was at least accused of committing, and had probably committed, some of these types of sexual misconduct against some of his players, what CPS at the Meeting called, "adult on student sexual misconduct."

13.    But as Defendants knew at the time, Washington was not actually accused of any of those things.  Instead, he only sent a wholly innocuous text.  There was no "adult on student sexual misconduct."

14.    Defendants treated the (false) complaint against Washington as it did because of who the complainant was: a high ranking CPS official who was upset over his/her daughter's declining playing time ("OFFICIAL 1").

15.    In terminating Washington as coach, suspending him from teaching, and then repeatedly defaming him, Defendants' actions were willful, wanton, purposeful, and malicious.

16.    Washington was removed because: (a) OFFICIAL 1 was the complainant, and (b) he is a man. But for this, the complaint would not have been (mis)handled as it was, Washington would not have been terminated as coach and suspended as teacher, and Washington would not have been repeatedly defamed by Defendants.

17.     Washington brings this action to restore the good name and reputation he (and his family) earned over decades of hard work and good deeds – which Defendants willfully and wantonly destroyed – and to obtain damages for same.

18.     Though the OIG found "**no evidence**" that Washington "engaged in any sexual misconduct," to this day CPS continues to bar him from coaching or teaching at the School.

## PARTIES

19.     Plaintiff Larry Washington ("Washington") is a resident of Chicago, Illinois.

20.     Defendant Board of Education for the City of Chicago ("CPS") is a public agency that administers the Chicago Public Schools.  CPS is a person within the meaning of 42 U.S.C. § 1983.  CPS maintains offices at 42 W. Madison Street, Chicago, Illinois.

21.     Defendant Janice Jackson ("Jackson") is the Chief Executive Officer ("CEO") of CPS.  Defendant Jackson is being sued in her official capacity as a person who, acting under color of state law, deprived Plaintiff of his constitutional and other federal rights, and in her individual capacity as a tortfeasor.  Defendant Jackson maintains an office at 42 W. Madison Street, Chicago, Illinois.

22.     Defendant Latanya McDade ("McDade") is the Chief Education Officer of CPS.  Defendant McDade is being sued in her official capacity as a person who, acting under color of state law, deprived Plaintiff of his constitutional and other federal rights, and in her individual capacity as a tortfeasor.  Defendant McDade maintains an office at 42 W. Madison Street, Chicago, Illinois.

23.     Defendant Laura LeMone ("LeMone") is the Network Chief of District 14, which includes the School.  Defendant LeMone is being sued in her official capacity as a person who, acting under color of state law, deprived Plaintiff of his constitutional and other federal rights, and

in her individual capacity as a tortfeasor. Defendant LeMone maintains an office at 110 N. Paulina, Chicago, Illinois.

24.     Defendant Jadine Chou ("Chou") is the Chief of Safety and Security for the Chicago Public Schools. Defendant Chou is being sued in her official capacity as a person who, acting under color of state law, deprived Plaintiff of his constitutional and other federal rights, and in her individual capacity as a tortfeasor. Defendant Chou maintains an office at 42 W. Madison Street, Chicago, Illinois.

25.     Defendant Michael Passman ("Passman") is the Chief Communications Officer for the Chicago Public Schools. Defendant Passman is being sued in his official capacity as a person who, acting under color of state law, deprived Plaintiff of his constitutional and other federal rights, and in his individual capacity as a tortfeasor. Defendant Passman maintains an office at 42 W. Madison Street, Chicago, Illinois.

26.     Defendant Matthew Lyons ("Lyons") is the Chief Talent Officer of CPS. Defendant Lyons is being sued in his official capacity as a person who, acting under color of state law, deprived Plaintiff of his constitutional and other federal rights, and in his individual capacity as a tortfeasor. Defendant Lyons maintains an office at 42 W. Madison Street, Chicago, Illinois.

27.     Defendants Jane and John Doe are as-yet-unknown employees of CPS who made defamatory statements regarding Plaintiff and/or who participated in Plaintiff's wrongful termination as coach and suspension as teacher.

28.     Except for LeMone, all individual defendants are part of CPS' senior leadership team as listed on CPS' website: https://www.cps.edu/about/leadership/executive-leadership/.

29.     The individual defendants are responsible for setting and implementing policy for CPS.

## JURISDICTION AND VENUE

30.     This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983 and 20 U.S.C. § 1681, et seq.  Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. §§ 1331, 1343, and 1367.

31.     To the extent necessary, this Court also has jurisdiction to issue any declaratory relief pursuant to the Declaratory Relief Act, 28 U.S.C. §§ 2201, 2202.

32.     Venue is proper in  the Northern District of Illinois pursuant to 28 U.S.C. § 1391(b). The Defendants maintain offices within the Northern District of Illinois, and all relevant events occurred and will occur in the Northern District of Illinois.

## FACTS

### *Who is Larry Washington?*

33.     Larry Washington is 47 years old and a Chicago native.  He is a CPS graduate, graduating from Carl Schurz High School in 1991, where he was a four year member of the choir and drama club, and played football.

34.     Upon graduating from Schurz, he enrolled at Lakeland University in Wisconsin, where he played football for a year before graduating in 1996 with a Bachelor of Science degree in Exercise Science and Sports Studies, as well as minors in sociology and sport.

35.     Upon graduating from college, he began a career in substitute teaching ("subbing") and coaching at CPS.

36.     Subbing has been Washington's second job because for 15 years, he worked nights as a mental health specialist and supervisor at Hartgrove Hospital in Chicago ("Hartgrove").

37.     When Washington's removal was well publicized and he was defamed in news reports, Hartgrove removed him as a supervisor and barred him from interacting with minors. Washington's position and standing at Hartgrove was diminished.

38.     As a result, Washington searched for a new job in the mental health field, and in April 2020, he found a new job as a behavioral health technician in Elk Grove Village, more than tripling his commute time. He is no longer a supervisor, and his seniority is diminished from what it was at Hartgrove.

39.     Washington has been happily married for more than 20 years, and he and his wife have three children: (a) Lorenzo, who is autistic, (b) Maya, a 2020 graduate of the School, and (c) Lena, who attends a CPS elementary school.

40.     This is Larry Washington and his family:




Larry with his three kids                                Larry and his wife

<u>***Washington's Unblemished 20 Year Plus Record at CPS***</u>

41.     In more than 20 years subbing and coaching in CPS, Washington had no disciplinary incidents or complaints.

42.     Starting in 1996, Washington subbed at Austin High School, Clemente High School and Wells High School, but since 1999 he subbed almost exclusively at Lincoln Park High School.

43.     During the more than 20 years Washington subbed at Lincoln Park, he worked under the direction of at least five principals – Ms. Todd, Mr. Mason, Ms. Wright, Dr. Karvolas, and Mr. Boraz – without incident.  Each provided positive reviews of Washington's performance as both a coach and teacher.  On information and belief, each, still today, would only have nice things to say about Washington.

44.     Washington was the girls' varsity basketball coach at the School continuously from 1999 until his removal, a span of more than 20 years.  During his tenure as head coach, he worked with at least ten assistant coaches, all without incident.

45.     Besides being the varsity girls' basketball coach for more than 20 years, Washington also coached girls' softball and was the boys' varsity football defensive coordinator for twelve years (1998-2010), all without incident.

46.     During his tenure as varsity girls' basketball coach, Washington helped more than 10 girls obtain college scholarships.  For those whose abilities could not garner a scholarship, he encouraged and mentored them to attend college, helping many with their applications and writing recommendation letters for them.

47.     During his more than 20 years of coaching, Washington earned and enjoyed respectful, positive relationships with players and parents, all without incident or complaint.

48.     Not only did Washington coach the girls' varsity basketball team for more than 20 years, he also coached them each summer in organized summer leagues that included other CPS schools.  For summer leagues, which required car-pools, Washington and other parents would

routinely drive groups of players, which Washington has done without incident for more than 20 years.

49.     In his more than 20 years working in CPS, no player, parent, coach, teacher, or administrator had ever made or filed a complaint against Washington as either a teacher or coach. The OIG's Report confirms the same.

50.     Many former players still contact and reach out to Coach Washington, considering him a lifelong friend and mentor.

**The Events, or Non-Events, of the 2019-2020 School Year**

51.     As he had done for the past 20 years, Washington coached the girls' varsity basketball team in the 2019 summer league, which began in July 2019.  A new student joined the team that summer who was enrolling at LPHS in the fall semester ("STUDENT").

52.     STUDENT is the daughter of OFFICIAL 1, a high-ranking CPS official.

53.     The summer season was uneventful.  During the summer season, as is customary, Washington gave players an occasional ride to (but not from) games when they, or their parents, asked, or when they would otherwise be stranded at a gym after a game.  He did so infrequently, but whenever he did so, it was without incident, just as it had been for the prior 20 years.

54.     On one or two occasions during the summer of 2019, Washington gave STUDENT a ride to (but not from) a game when requested, same as he did for any player who needed or requested a ride.  The short rides with STUDENT were uneventful and with the knowledge of STUDENT'S parents.  No one – not the STUDENT, her parents, or CPS – has ever alleged any improper conduct for any of the infrequent rides Washington provided in the summer of 2019. Despite having knowledge of the infrequent rides, STUDENT'S parents did not state such rides were inappropriate or violated any policy.

55.     Coach Washington viewed providing an occasional ride as simply a way to help out a player and family.  He also did so to make sure the team had enough players for games to avoid forfeiting, in which case other kids would not be able to play at all.  He did so to provide opportunities.

56.     During the 2019 summer season, Washington sometimes communicated basketball information – such as game times and coordinating car-pooling or scheduling – with players through text messages.  The vast majority of those text messages were initiated by the players, not Washington. All texts exchanged between Washington and players only involved basketball information. No person ever objected, complained, or claimed the texts were somehow improper.

***Washington's Texts with the STUDENT – 100% Basketball Related***

57.     On July 9, 2019, STUDENT sent the first text to Washington, writing: "Hey coach, it's [STUDENT]. I actually do need a ride tonight.  Do you think you could pick me up from the school and drop me off after the game?"

58.     Washington responded shortly thereafter: "Yes. I pick you up at seven." STUDENT replied: "Okay thank you."

59.     Over the next six months, STUDENT and Washington exchanged just a handful of similar texts, all of which only dealt with basketball matters, just as the OIG's Report stated.

60.     Their texts were innocuous, mundane, and, if anything, boring.

61.     All their texts – every single one – are attached hereto as **Exhibit** 1 (as redacted by the OIG).

62.     For instance, on September 12, 2019, one week into the new school year, STUDENT sent Washington a text.  She had Washington's cell number from the summer.  Her text read: "A freshman in my class wants to try out for basketball but she needs the paperwork.

Can I come get it from you sometime then bring it to her? She plays volleyball so she couldn't go yesterday." *Id*.

63.    Coach Washington quickly responded: "She can get the paperwork from her doctor. Also if she plays volleyball she is good and doesn't need anything her physical is on file." *Id*.

64.    STUDENT next texted Coach Washington two weeks later, on September 24, 2019, and they had the following text exchange:

- STUDENT: "My physical got turned in with my paperwork."
- Washington: "Great."
- STUDENT: "I'll participate in the [team] parade."
- Washington: "Ok."

65.    The next text was not sent until November 5, 2019, six weeks later, when STUDENT texted Washington, "shoe size: Woman's 10." Washington did not respond. *Id*.

66.    Four days later, on November 10, 2019, STUDENT sent the next text to Washington, when she wrote: "Size-large." Again, Washington did not respond. *Id*.

67.    STUDENT'S texts were in response to Coach Washington sending his players messages either through his and their CPS email accounts or through the CPS-approved "Remind Me" application. In this instance, he had asked the players for their shoe and uniform sizes for ordering.

68.    But instead of responding to Coach Washington's communications from the platform he sent them from, some players, just as STUDENT did, would occasionally respond to Coach Washington's communications by texting him.

69.    Coach Washington had no control over players occasionally texting him, and when they did, he would respond.

70.     Regardless of the mode of communication – email, text, or application – Coach Washington's communications with players were always and only concerning basketball matters, just as the OIG's Report states.

71.     From September 2019 through January 2020, Washington and STUDENT exchanged approximately 20 texts, which related only to basketball activities, such as game times and practices, almost all of which STUDENT initiated.  *Id*.

72.     For instance, on Sunday, December 22, 2019, STUDENT texted Coach Washington at 7:35 pm: "What time do we need to be at the school tomorrow."  Washington responded: "Nine 915."  *Id*.

73.     The next day, after the team's game, STUDENT texted Coach Washington: "Are you staying for the next game?" Washington responded: "No. I'm getting on the bus and leaving."

74.     STUDENT next texted Coach Washington on Friday, December 27, 2019 at 7:09 pm, and wrote: "Can I get a ride tomorrow?"  *Id.*  STUDENT made the request because there was no school bus for the game since the game was during the holiday break and the game time was not set until the night before, as holiday tournament games often are.  Most players got to the game by taking public transportation, car-pooling, or having their parents drive them.

75.     Coach Washington immediately texted back to STUDENT: "Sure I will be at Lp by 930," to which STUDENT responded: "Okay thank you."  "Lp" refers to the School (Lincoln Park High School), meaning Coach Washington picked up STUDENT at the school parking lot. He did so as a courtesy, as the game that day was less than ten minutes from his house, but driving to the school first to pick up STUDENT made his trip to the game about 50 minutes.  Coach Washington would help any player get to games when needed.

76.     STUDENT'S parents were aware that Coach Washington drove STUDENT to the game that day when she requested a ride.  STUDENT'S parents drove her home after the game. STUDENT'S parents did not complain or say a word to Coach Washington about him giving STUDENT a ride to the game when she requested one.

77.     The infrequent innocuous text exchanges continued, again initiated by STUDENT:

- On January 3, 2020, STUDENT texts: "I don't know if I'll be able to make it to practice, I have an appointment."  Coach Washington responds: "Try your best to get there."  STUDENT replies: "Okay for sure."  *Id*.
- On January 14, 2020, STUDENT texts after a practice: "Your speaker is in the gym still," and Coach Washington responds: "I got it thanks."  *Id*.

### ***Another Teacher reaches out to Coach Washington about STUDENT***

78.     In mid-December 2019, one of STUDENT's teachers reached out to Coach Washington unsolicited and informed him that STUDENT was often tardy and deficient in her work habits.  As he viewed himself as a "life coach," not just a basketball coach, Coach Washington always appreciated when teachers kept him informed about his players' schoolwork.

79.     On January 15, 2020, the teacher blind carbon-copied Coach Washington on an email she sent the STUDENT after the STUDENT asked the teacher if her grade could be raised. The teacher emailed back: "No. Don't skip class.  It's as simple as that. Skipping class results in a zero, . . . .  And there is no make up from cutting class.  If you're having a hard time, you need to come and talk to me.  It is called advocating for yourself.  Aren't you on the basketball team?  If you cut class, you shouldn't be allowed to go to practice or games.  Just saying . . . Don't cut class. See you tomorrow." [2]

80.     Coach Washington did not reply to the email (either to the teacher or STUDENT).

---

[2] These emails are contained in the exhibits of the OIG's Report.

81.     Instead, because the teacher had appropriately informed Coach Washington that one of his players was cutting class, the next day, on January 16, 2020 – when Coach Washington bumped into STUDENT in the school parking as he arrived for practice – he encouraged her to timely make all her classes.  It was a quick, encouraging word by a coach made aware of an attendance problem by another educator.  It was a fleeting, random, and organic encounter, lasting no more than ten seconds in the most open and public of spaces: the School parking lot.

***The Claimed "Sexual Misconduct" Text Exchange Relating to Practice and Drills***

82.     The next day – January 17, 2020 – was the Friday before Martin Luther King weekend. Because of an impending snowstorm, Coach Washington (like the other coaches at school) cancelled practice at 12:51 pm.  To do so, he sent the team a message using the CPS-approved Remind Me application.

83.     His message to the team read: "I've got some really bad news ladies . . . . I am cancelling practice today. the good news is practice will resume tomorrow at 8:00 am." **Exhibit** 2 (emojis omitted).

84.     Practice the next morning would also be cancelled because of the weather, so there were no practices, games, or team activities the entire Martin Luther King holiday weekend (January 17-20).  Other than sending the messages cancelling the practices, Coach Washington had no contact with the team all weekend.

85.     Because STUDENT'S play in recent games and practices had been subpar, her playing time had decreased a bit, though she had remained a starter.  In fact, the assistant coach – who was also the School's co-athletic director– had suggested to Coach Washington that he consider taking her out of the starting line-up because of her poor play.

16

86.     But instead of taking STUDENT out of the starting line-up, Coach Washington sought to motivate STUDENT and make her better, same as he would and did with most players over his 23 years coaching.

87.     For 20 years as a coach, when players struggled, Coach Washington would often develop individual work out plans for them to do on their own (perhaps with a parent) over weekends or holiday breaks.  These workouts were essentially written drills he gave the players to do.

88.     Coach Washington had recently done so for two other players on the team: LM and AM.  It was a common practice for struggling players or those who showed the initiative of wanting to do more away from school.

89.     These "workouts" or "individual sessions" were <u>not</u> intended to be conducted with Coach Washington and <u>never</u> were conducted with Coach Washington.  Coach Washington did not engage in "private" coaching sessions alone with any player.

90.     Knowing there likely would be no team activities all weekend because of the weather, and knowing STUDENT had been struggling on the court, Coach Washington quickly texted STUDENT in hopes of developing a workout plan she could do over the long weekend by herself, just as he had with other players.  So, at 1:00 pm, nine minutes after he had cancelled practice, Coach Washington quickly reached out to STUDENT and exchanged the following texts with STUDENT:

- Coach Washington: "I heard you were crying that practice got cancelled . . . . so I am going to come up with an individual practice for you.  don't worry kid I got you."
- STUDENT: "Coach I wasn't crying."
- Coach Washington: "Are you sure?"

<u>Exhibit</u> 1 (emojis omitted).

91.     STUDENT did not further respond, and since he did not see STUDENT the rest of the school day, Coach Washington was not able to hand off a drill program for her to do on her own over the long weekend.

92.     Coach Washington did not give the matter another thought and forgot about it.  He never brought it up again.  His sole motivation for quickly reaching out was to help and motivate her, as her play in recent games and practices had been subpar.

93.     Just as none of the handful of prior texts exchanged between Coach Washington and STUDENT (or any other player) contained any content that was "sexual" or inappropriate, so too the brief text exchanged between Coach Washington and STUDENT on January 17, 2020 had no sexual or inappropriate content.  It only concerned basketball, same as every other prior communication had.

94.     Yet the short, innocuous, well-motivated text exchange of January 17, 2020 formed the basis of STUDENT'S parent – OFFICIAL 1 – immediately lodging and escalating to the highest levels a complaint that the texts somehow constituted "adult on student sexual misconduct."

95.     OFFICIAL 1 simply picked up the phone and called the highest ranking employees at OIG to loge her complaint, and they – OIG – listened and quickly accommodated her.

96.     OIG in turn immediately launched a full-fledged investigation.

97.     The team's next game was Thursday, January 23, 2020.  Despite STUDENT's recent struggles, Coach Washington started her again, wanting to give her – as he did most players – a chance to redeem herself.  But she continued to struggle, so he took her out in the fourth quarter. The team lost by 10 points.

98.     The next day, Friday, January 24, 2020, Coach Washington held a normal practice. During practice he told STUDENT – same as he does with all players when making playing changes – that she would not be starting next game.

99.     To encourage her, he explained that he needed her to lead the second unit, and also told her that her actual playing time will likely not decrease, just that she would not be starting the next game.

### *Coach Washington Terminated without Notice as Coach*

100.    Less than thirty minutes later, the school's principal, John Thuet called Coach Washington to his office and told him he was fired for texting a player.  There was no mention of any claimed "sexual" impropriety, just that he was fired for texting a player.

101.    On information and belief, Principal Thuet was not involved in, and did not make, the decision to remove Coach Washington, which Defendants made.

102.    On information and belief, Defendants contacted Principal Thuet at approximately 5:00pm on January 24, 2020 and instructed him to immediately communicate the termination to Coach Washington, which he then did.

103.    Prior to being terminated as coach, Coach Washington was given no notice, no warning, no interview, no opportunity to explain himself and no opportunity to have the allegations and evidence presented to him or to respond.

104.    Coach Washington received no process – let alone due process – regarding his removal as coach.  It was instant and final.

105.    In September 2019, at the start of the school year, Principal Thuet had led a coaches' meeting Coach Washington attended.  As part of that meeting, Principal Thuet stated that texting was either no longer allowed or was not condoned.  But he did not inform that sending or

responding to any texts could or would result in immediate termination without notice and somehow be deemed "sexual misconduct." There was also no discussion on if or how the new protocols affect summer league teams and communications.

106.     On information and belief, during the 2019-2020 school year, other coaches at LPHS – and hundreds of coaches in CPS – still occasionally communicated with their players by text, as Washington did, yet none were removed simply for texting about team information based on a first offense.

107.     On information and belief, prior to Coach Washington's termination, most CPS coaches had, at least occasionally, exchanged text messages with a player on team-related matters only, especially if responding to an incoming student text, same as Coach Washington infrequently did.

108.     On information and belief, prior to Coach Washington's termination, no other CPS coach was terminated without warning or notice for simply communicating with a player by occasional text message about team-related activities.

109.     On information and belief, Defendants took part in, made, and/or approved the decision to terminate Coach Washington as girls' basketball coach after he had coached and taught at the School for 23 years without incident.

110.     On information and belief, OFFICIAL 1 took part in and influenced the decision to immediately remove Coach Washington as girls' basketball coach. Specifically, over the Martin Luther King holiday weekend (January 17-21), OFFICIAL 1 had numerous communications with other CPS officials and OIG personnel handling the "investigation."

111.     But for OFFICIAL 1 being a high-ranking CPS official, Coach Washington would not have been removed as coach on January 24, 2020.

20

112.    But for Coach Washington being a man, he would not have been removed as coach on January 24, 2020.

113.    Had a female coach sent the identical texts, she would not have been removed as coach, let alone accused of committing "adult on student sexual misconduct."

### Defendants Repeatedly Defame Washington

114.    Although Coach Washington was only told he was removed as coach because he texted a player – and *not* because of the content of any text or because he was somehow being accused of sexual misconduct – Defendants communicated broadly and repeatedly that Coach Washington was removed for alleged "adult on student sexual misconduct."

115.    On Saturday, January 25, 2020, Defendants instructed the principal to send a letter to the team's players and parents, which stated: "There has been an allegation that one of our coaches engaged inappropriately with a student. This employee has been removed from the school, and an investigation has been initiated by the Office of the Inspector General."

116.    On Saturday January 25, 2020, Defendants also instructed the principal to send a letter to the entire school community, which stated: "There has been an allegation that one of our employees engaged inappropriately with a student. This employee has been removed from the school, and an investigation has been initiated by the Office of the Inspector General."

117.    A week later, on January 31, 2020, CPS terminated the School's principal (John Thuet) and assistant principal (Michelle Brumfield), and separately suspended the interim boys' varsity basketball coach (Donovan Robinson) and one of its deans (John Johnson). Earlier that month, CPS suspended the boys varsity basketball coach (Pat Gordon).

118.    Taken together, in January 2020, CPS terminated or suspended six School leaders: the principal and assistant principal were terminated; the dean suspended without pay; the two

boys basketball coaches suspended; and Larry Washington terminated as basketball coach and suspended as a teacher.

119.    As a result of the mass terminations and suspensions, on Friday, January 31, 2020, Defendant Laura LeMone sent the entire School community a letter by email stating: "I would like to invite you to a meeting with parents and families on Monday, February 3 at 6 p.m. to discuss the school leadership change and transition plans."

120.    The Meeting took place in the School's auditorium and was standing room only. Multiple press outlets attended with some news stations reporting live and reporting the Meeting that night on the 10 pm local news.

121.    LeMone and Chou led the Meeting, both of whom spoke and addressed the audience.

122.    They spoke and presented for about 90 minutes before fielding questions.

123.    In making their presentation, they used a powerpoint, which they magnified on the auditorium's screen for all to see, attached hereto as **Exhibit** 3.

124.    At the meeting LeMone and Chou restated and confirmed the terminations and suspensions of the six LPHS leaders.  During the course of the Meeting, all parties – including Coach Washington – were identified by name.

125.    Regarding the girls basketball team, there was a timeline slide stating that on January 17, 2020: "Office of Inspector General (OIG) receives a new, separate report of alleged **sexual misconduct** related to the girls' basketball team."  *Id*. at 7 (emphasis added).

126.    The powerpoint repeatedly referenced "sexual misconduct" and "adult misconduct."

127.    At the Meeting, Chou and LeMone repeatedly stated – often in response to audience questions – that there was not only alleged "student on student" misconduct, but also alleged "adult on student sexual misconduct."

128.    They emphasized the point to make clear that some adults were not only accused of mishandling alleged "student on student" misconduct, but that some adults themselves were accused of committing "adult on student sexual misconduct."  But when they did so, they did not distinguish or make clear which of the six LPHS leaders was accused of the more serious charge of "adult on student sexual misconduct."

129.    At the Meeting, Chou and LeMone either expressly stated or inferred that some of the alleged "adult on student sexual misconduct" related to the girls' basketball team.

130.    Based on Chou and LeMone's presentation and powerpoint, attendees at the Meeting were left with the firm impression that at least Larry Washington, as coach of the girls' basketball team, was accused of "adult on student sexual misconduct."

131.    After and as a result of the presentation made at the Meeting, it was broadly reported that Larry Washington was accused of "sexual misconduct" committed by an adult on a student.

132.    For instance, in a *Chicago Tribune* article dated February 3, 2020, it was reported that:  "Also, on Jan. 25, Thuet sent all LPHS families an email about 'an allegation that one of our employees engaged inappropriately with a student.' The employee, who was not identified in the email, was removed from the school, and an investigation was initiated by the Office of Inspector General, according to the email.  According to the source, the employee was Larry Washington, the girls basketball coach."  Exhibit 4.

133.    In a story dated February 7, 2020, the *Chicago Tribune* reported that Washington had been removed based on "an allegation that [he] engaged inappropriately with a student."  The

article then states: "A CPS official later confirms the subject of the investigation is girls coach Larry Washington." Exhibit 5.

134.   On information and belief, the *Chicago Tribune*'s source(s) included the Defendants.

135.   In a story dated February 4, 2020, the *Chicago Sun Times* reported: "In addition to allegations against the boys team, the school is investigating the girls basketball team — the team's coach was removed from the school for alleged improper contact with a player on the girls team." Exhibit 6.

136.   In a story dated February 13, 2020, the *Chicago Sun Times* cited "CPS officials" as its sources and reported: "Another incident that has been under investigation at Lincoln Park is the handling of a girls basketball coach's alleged misconduct with a student. . . . New CPS protocols put in place in recent years as the district has faced searing scrutiny for its mishandling of thousands of sexual abuse cases call for that type of allegation – which involved an adult with a student – to be investigated by CPS' Office of Inspector General."

137.   On information and belief, the *Chicago Sun Time*'s source(s) included the Defendants.

138.   On February 3, 2020, *Block Club Chicago* published an article entitled "Chaos at Lincoln Park High: Sexual Misconduct, Coverups, Retaliation and More Under Investigation." That article states: "The CPS Office of Inspector General is conducting four investigations at the school, officials said. They involve 'sexual misconduct, retaliation and interference with investigations and serious misconduct that led to student harm,' said Laura LeMone, chief of Network 14 in Chicago Public Schools." The article goes on to discuss sexual activity that could not be tolerated and states that the girls' basketball coach was "reassigned from his duties pending

outcome of the investigation."   https://blockclubchicago.org/2020/02/03/chaos-at-lincoln-park-high-sexual-misconduct-coverups-retaliation-and-more-under-investigation/

139.    Washington's removal, as well as the removal of the principals and other coaches, garnered regional, national, and even international attention.  At least one person reported learning of the story while watching WGN television in Mexico on or about January 31, 2020.

140.    Each statement made by Defendants stating or inferring that Larry Washington was removed as basketball coach and suspended as a teacher because he engaged in improper sexual misconduct with a student is false.  Washington committed no sexual misconduct.

141.    Each statement made by Defendants stating or inferring that Larry Washington was removed as basketball coach and suspended as a teacher because he allegedly engaged in improper sexual misconduct with a student is false.  Characterizing any of Washington's text messages as "adult on student sexual misconduct" is false and intentionally seeks to portray him in a false light.

142.    And Defendants did not only make false statements to the media about Coach Washington having committed sexual misconduct against a player, they also made them to Alderman Michele Smith, whose ward includes the School.  Alderman Smith in turn publicly supported CPS' actions at the time – i.e., terminating the principals and removing all six of the School's leaders – based on the false statements Defendants made to her.

143.    But in fact, Washington was removed as basketball coach and suspended as teacher only because of: (a) who filed the false (and nonsensical) "report" of alleged sexual misconduct (OFFICIAL 1), which report the Illinois Department of Children and Family Services (DCFS) declined to investigate, and (b) who Washington was – a man.

**_OIG Clears Washington of any "Sexual Misconduct" but CPS Continues to Defame Him_**

144.     Immediately upon OFFICIAL 1 making his/her false allegations against Coach Washington, the OIG undertook a lengthy, comprehensive investigation, which included interviewing more than a dozen witnesses, subpoenaing documents, and even subpoenaing and reviewing Mr. Washington's phone records.

145.     The OIG's Report, which spanned more than 100 pages with exhibits, found, stated, and concluded that:

- "The OIG finds that there is no evidence that Washington engaged in any sexual misconduct." *Id*. at 1.
- "The OIG did not find any past incident reports that contain sexual allegations against Washington.  The OIG also reviewed Washington's Substitute Services File, and did not find any negative information [in 23 years]."  *Id*. at 2-3.
- "The OIG reviewed Washington's emails from his CPS account, but did not find any emails indicative of inappropriate conduct with respect to Student One or anyone else."  *Id*. at 12.
- The texts exchanged between Washington and the student were few and "sporadic" and almost always "initiated" by the student: "Their texts **_always_** related to basketball (e.g., signing up for the team, obtaining a uniform, asking for a ride to a midseason game, etc.)." *Id*. at 3 (emphasis added).
- Washington occasionally texted his players, almost always in *response* to texts they sent him: "However, there is no suggestion that **_any_** of these texts related to anything other than basketball and logistics surrounding the team and games."  *Id*. at 15 (emphasis added).
- Similarly: "The OIG acknowledges there is no evidence that **_any_** of Washington's texts were related to anything besides basketball." *Id*. at 19 (emphasis added).
- As the OIG quoted players: "They have only texted about basketball related things.  No other player has ever [said] they were uncomfortable with Washington texting them. . . . Washington doesn't talk about personal matters, only basketball." *Id*. 8.
- On the rare occasions Washington gave players rides to games – which he did only when requested by them or their parents – "There is no allegation or suggestion that Washington engaged in any inappropriate or flirtatious behavior." *Id*. at 16. Instead, "the evidence showed that Washington did not act inappropriately during these rides with his players." *Id*. at 19.
- As for Washington checking in with the player about her subpar performance in a class: "The OIG cannot find that it was improper for Washington to check in with one of his players about poor class performance, particularly after being implicitly encouraged to do so by her teacher."  *Id*. at 18.

146.    Although OIG eventually correctly found and concluded that "there is no evidence that Washington engaged in any sexual misconduct," its investigation was flawed and contrived from inception.

147.    OIG's "Case Initiation Report" was dated January 17, 2020, the same day Washington sent STUDENT the text that allegedly constituted "sexual misconduct."  Exhibit 7.

148.    Washington had only sent STUDENT the text at 1:00 pm that afternoon, yet OIG – a separate agency from CPS – was able to initiate its investigation that same day, after OFFICIAL 1 contacted it.

149.    On information and belief, rarely – if ever – does CPS initiate and refer a matter to OIG the same day of the alleged incident.

150.    On information and belief, rarely – if ever – does OIG receive from CPS a complaint and initiate its investigation on the same day of the alleged incident.

151.    Later that night – at 11:13 pm on Friday, January 17, 2020 – OFFICIAL 1 exchanged emails with OIG's chief investigator, which ended with OFFICIAL 1 writing: "Thanks for talking with me today and we appreciate the IG looking into this."[3]

152.    The next morning, Saturday, January 18, 2020, OIG's chief investigator wrote back to OFFICIAL 1: "Thank you, we'll be in touch with next steps.  We'll discuss amongst ourselves, but I think we should go to Matt [Lyons] or LaTonya [McDade] if we wanted to initiate a pull-out discussion."

153.    Later that Saturday, OFFICIAL 1 replied, working with and directing the OIG investigators what to do: "Thanks Amber. Yes I agree that it would be best to go to Matt or LaTanya."

---

[3] These emails are contained in the exhibits of the OIG Report.

154.    When OIG or CPS normally conducts investigations, it does *not* include the complainant – the parent – on its internal processes and considerations, but in this case it did so, as it included OFFICIAL 1 (the complainant parent) on their internal emails.

155.    When OIG or CPS normally conducts investigations, it does not engage in email exchanges with the complaining parent during holiday weekends or take and make phone calls to discuss the matter with the complaining parent.

156.    On information and belief, OIG does not usually engage in such detailed investigations as it did with Washington, especially when the triggering email was facially non-sexual.

157.    On information and belief, OIG invests the time and resources it did in Washington's case in less than 5% of the cases it receives for potential investigation.

158.    OIG launched its investigation with its "Case Initiation Report" written by Nicholas Schuler, the then Inspector General.  Schuler wrote that Washington was alleged to have "texted a student that he could set up a 'one on one' basketball practice with them."  *Id.*

159.    But the Case Initiation Report was patently false.  The allegedly offending text sent by Washington did not state that he sought to "set up a one on one basketball practice with them." *Id.*

160.    In fact, the text Washington sent STUDENT on January 17, 2020 only stated:

- Coach Washington: "I heard you were crying that practice got cancelled . . . . so I am going to come up with an individual practice for you.  don't worry kid I got you."
- STUDENT: "Coach I wasn't crying."
- Coach Washington: "Are you sure?"

Exhibit 1.

161.    The text said the Coach offered to set up "an individual practice *for* you," not a "one on one basketball practice *with* them," as the Case Initiation Report falsely states.

162.    The Inspector General, Nicholas Schuler, who wrote the Case Initiation Report and launched the investigation, abruptly resigned two weeks later without comment and with two years remaining on his contract.    https://www.chicagotribune.com/news/breaking/ct-chicago-public-schools-inspector-general-schuler-resigns-20200203-sgl5h5omxvdcxovppjwuat7qlm-story.html

163.    During the first week of the "investigation" – before Coach Washington was abruptly removed on January 24, 2020 – OIG was in constant contact with CPS and Official 1.

164.    Then, on January 24, 2020 at 3:40 pm – less than two hours before CPS terminated Washington as coach and suspended him as a teacher – OIG and CPS exchanged a series of rapid-fire emails haphazardly culminating in Defendants deciding to remove Washington.[4]

165.    The exchange begins with OIG's Chief Investigator telling Matthew Lyons and Latanya McDade that, "We have an unusual block recommendation that I believe will require Matt and/or Latonya's approval." *Id*.

166.    The OIG then falsely writes that Washington offered STUDENT a "private practice." Washington never did so.

167.    The OIG falsely writes that Washington "waited outside of practice seemingly for STUDENT to come outside." *Id*. Washington never did so.

168.    The OIG writes "[w]e've been reviewing Washington's emails and Remind messages (nothing concerning found yet) and our cell phone subpoena is still pending." *Id*.

169.    Based on this scant and false information, and without anyone bothering to ask Washington a single question, Lyons and McDade approved and agreed to terminate Washington

---

[4] The emails are included in the OIG's Report as an exhibit.

as coach and suspend (or "block") him as a teacher, which all Defendants either participated in, knew of, approved of, or thereafter condoned and validated.  *Id.*

### *What CPS Does After Removing Washington*

170.    OIG did not interview Coach Washington until February 25, 2020, waiting more than a month after Defendants abruptly removed him as coach.

171.    On March 26, 2020, OIG's Chief Investigator – Amber Nesbitt – emailed LaTanya McDade and other top officials at CPS, including lawyers within the CPS' General Counsel's office, writing "[w]e completed our investigation on Larry Washington and we are in the process of writing the report."  Nesbitt continued: "Based on our investigation, we think we might want to consider a reinstatement." [5]

172.    Despite the Chief Investigator's statement about having completed the investigation and reinstating Coach Washington, CPS did not reinstate Washington in March 2020.

173.    More than two months later, on May 27, 2020, the OIG issued its formal Report to the CPS Board of Education and Janice Jackson.

174.    Even though the OIG Report begins by stating "the OIG does not find that Washington committed sexual misconduct," CPS still did not reinstate Washington when it received the report.

175.    Instead, CPS waited until Monday, June 22, 2020 – the Monday after the school year ended – to putatively reinstate Washington to his teaching position, but not his coaching position.

176.    When CPS did so, it sent Coach Washington a brief letter and did not provide him the OIG Report. The letter said "you will be allowed to continue substitute teaching for Chicago

---

[5] The emails are included in OIG's Report as an exhibit.

Public Schools in the future," but it made no mention of his reinstatement or status as coach of the basketball team, a position he led without incident and with distinction for 23 years.  <u>Exhibit</u> 8.

177.    It was extreme, outrageous, purposeful, and willful for CPS to wait four months to reinstate Washington after OIG had communicated and recommended to CPS that he be reinstated.

178.    Although OIG may issue reports and make recommendations, Defendants (CPS) – not OIG – make all disciplinary decisions for CPS employees, including for Washington.

179.    By waiting until after the school year had ended to reinstate Washington, during the quiet of summer, Defendants intended to cause, or recklessly or consciously disregarded the probability of causing, Washington emotional distress, which their delay and actions caused.

180.    In its letter to Washington, the CPS legal department wrote: "As a result of the investigation, you will be allowed to continue substitute teaching for Chicago Public Schools in the future." *Id*.

181.    But despite being cleared of any sexual misconduct charges – and only being found "guilty" of charges equivalent to jay-walking that never before subjected a coach or teacher to removal – Washington was not allowed to teach or coach again at LPHS.

182.    To this day, Washington remains blocked to teach or coach at LPHS.

### *Even in "Reinstating" Washington, CPS Further Defames Him*

183.    The next day, on June 23, 2020, Laura LeMone, on behalf of CPS, sent a letter to the entire LPHS community communicating a much different message.  <u>Exhibit</u> 9.

184.    LeMone's letter communicated the disciplinary decisions of not just Washington, but two other CPS employees – the boys' basketball coaches – who had nothing to do with the allegations against, and investigation of, Coach Washington.  *Id*.

185.    LeMone's letter grouped the three together. *Id*.

186.    In her letter LaMone wrote:

I hope this email finds you and your loved ones healthy and safe. I am writing today to update you on investigations involving coaches from the Lincoln Park athletics program who were removed from the school in January and February due to allegations of misconduct.

The Office of Student Protections and Title IX and the Office of Inspector General substantiated multiple allegations of serious misconduct at Lincoln Park High School. Based on these findings, the district has decided to file dismissal charges and move forward with a termination hearing for Pat Gordon (school security officer). In addition, the district has revised its discipline recommendation for Donovan Robinson (community relations representative at another CPS high school) and Larry Washington (day-to-day citywide substitute). While misconduct was substantiated, the district determined that it is appropriate for Mr. Robinson and Mr. Washington to return to their respective instructional positions. To ensure understanding of district policies moving forward, Mr. Robinson and Mr. Washington will receive training and support from the Network and the CPS Office of Student Protections and Title IX.

187.    LeMone's letter to the community – which was distributed broadly – states the OIG "substantiated multiple allegations of serious misconduct," but does not say what the allegations were or against whom. *Id.*

188.    LeMone's letter did not state which claims of "misconduct" against Washington were substantiated.

189.    LeMone's letter did not inform that Washington was cleared of any and all allegations of "sexual misconduct."

190.    LeMone's letter did not inform that Washington was not just cleared of any and all allegations of "sexual misconduct," but that the allegations – based on an innocuous text – were themselves baseless and nonsensical.

191.    LeMone's letter did not inform that the only allegations substantiated against Washington were for his infrequent method of communication – text message – and not because of the content of any of his communications.

192.    Instead, LeMone's letter left readers with the firm and false impression that "multiple allegations of serious misconduct" were "substantiated" against Washington, when none were.

193.    Though CPS' letter to Washington the day before states "the allegations were partially substantiated" and that Washington's "actions" "were not sexually motivated nor retaliatory," in LeMone's letter to the community the next day discussing Washington's status she writes that the "Office of Inspector General substantiated multiple allegations of serious misconduct." *Id*.

194.    As regards Washington, her statement was false. The OIG did not "substantiate multiple allegations of serious misconduct" against Washington.

195.    Instead, the OIG actually found "no evidence that Washington engaged in any sexual misconduct." Report at 1.

196.    No one from CPS ever apologized to Washington.

197.    It was extreme, outrageous, purposeful, and willful for Defendants to draft the community letter as they did, leaving the reader with the false impression that Washington was found guilty of serious misconduct when he was actually cleared of any such false charges.

198.    By doing so Defendants intended to cause or recklessly or consciously disregarded the probability of causing Washington emotional distress, which their actions caused.

199.    It was extreme, outrageous, purposeful, and willful for Defendants to draft the letter as they did, combining and not differentiating the allegations against and exoneration of Washington with the other individuals listed, whose charges were totally unrelated to Washington's (false) charges.

200. By doing so Defendants intended to cause, or recklessly or consciously disregarded the probability of causing, Washington emotional distress, which their actions caused.

### *In Hindsight*

201. Had Coach Washington sent the identical message to STUDENT by email – a permissible form of CPS communication – there would be no pretext for opening an investigation claiming sexual misconduct by a male coach, let alone an investigation that subpoenaed phone records, interviewed more than a dozen individuals, spanned months, and resulted in a 100 page report.

202. Despite Defendants best efforts to find serious wrongdoing by Washington to justify their actions, they found none, yet left the firm impression with the community and media that he had committed serious misconduct.

203. Regarding the handling of Washington's case, Defendants knew of each other's conduct and actions, consulted with one another, and approved of and condoned each other's actions. On information and belief, never once did any Defendant question the actions of another Defendant in the (mis)handling of Washington's case and actions taken.

204. Despite LeMone's June 23, 2020 letter to the community saying Washington "will receive training and support from the Network," Washington never received any training or support, and he remains unable to work at LPHS as either a teacher or coach.

### *Official 1*

205. On information and belief, in an effort to help procure scholarship opportunities for his/her daughter, OFFICIAL 1 helped develop athletic (scouting) web pages to promote STUDENT.

206.    On information and belief, OFFICIAL 1 has always been concerned with, and motivated by, his/her daughter's playing time.

207.    On information and belief, and unbeknownst to Coach Washington at the time, OFFICIAL 1 complained to other parents at games about his/her daughter's playing time.[6]

***Damages***

208.    Because of his removal from LPHS and the related mass publicity, Washington (and his family) have been ridiculed and shamed.

209.    Washington's daughter, Maya, who was a senior at LPHS when her father was removed, had her locker defaced.  Notes were taped to her locker and shoved inside stating "your daddy is a child molester."  Some students verbally assaulted and mocked her, calling her father a pedophile.

210.    Some neighbors would no longer associate with or speak with Washington.

211.    People who used to talk with Washington and his family at church, now avoid him.

212.    On the street, strangers have yelled and called him a "pervert" or "molester."

213.    Washington has received anonymous calls and emails calling him a "sexual predator" and similar terms.

214.    Washington has also received some calls and emails of support, including some from former players and their families, which help him cope.

215.    As the news was broadcast broadly and traveled fast, Washington's employer at the time he was removed, Hartgrove Hospital, demoted him as supervisor and prohibited him from interacting with minors.  His colleagues viewed him with suspicion and disdain.  As a result, he

---

[6] Depending on the results of the discovery process, Plaintiff reserves the right to name OFFICIAL 1 as a defendant.

left Hartgrove and searched for another job, which he eventually obtained much further from his home. In his current job he is no longer a supervisor.

216. Because of Defendants' actions, the stellar reputation Washington earned and garnered over his 23 years of hard work and good deeds in CPS is vastly diminished and decimated.

217. Since being removed and defamed, Washington has suffered anxiety and depression. He has gained weight. He has lost hair. He has suffered insomnia. His health has deteriorated.

218. Despite being formally "reinstated" as a substitute teacher, Washington remains barred from teaching or coaching at LPHS (together with the damages specified *supra* ¶¶ 208-218, the "Damages").

219. Plaintiff respectfully requests a trial by jury for all issues and claims so triable.

**COUNT I**
20 U.S.C. § 1681 ("Title IX")
Against CPS

220. The allegations of the preceding paragraphs are incorporated as though fully set forth herein.

221. Washington was terminated from his coaching job and remains blocked from his teaching position at LPHS because he is a man.

222. But for Coach Washington being a man, he would not have been removed as coach on January 24, 2020 and still barred today from teaching at LPHS.

223. But for Coach Washington being a man, CPS' "investigation," reporting, and reinstatement of Washington would have been handled differently.

224. But for Coach Washington being a man, CPS would not have issued the communications it did or made the (false) statements it did.

225.    Had a female coach sent the identical texts Coach Washington sent, she would not have been removed as coach, let alone accused of committing "adult on student sexual misconduct."

226.    Had a female coach sent the identical texts Coach Washington sent, the texts would not have been considered as even potentially constituting sexual misconduct.

227.    Had a female coach sent the identical texts Coach Washington sent, CPS would not have sent the communications it did to the LPHS community, and it would not have made the (false) statements to the press and Alderman Smith that it did.

228.    Thus, on the basis of Washington's sex, CPS, through its agents, the individual Defendants, excluded him from participating in his job.

229.    Thus, on the basis of Washington's sex, CPS, through its agents, the individual Defendants, denied him the benefits of his job.

230.    Thus, on the basis of Washington's sex, CPS, through its agents, the individual Defendants, subjected Washington to discrimination by terminating his coaching and teaching jobs at LPHS.

231.    CPS' leadership team – its highest ranking employees who set and implement policy and have and exercise discretion – made the decisions to: (a) improperly remove Washington, (b) issue false statements regarding his removal, (c) once published, allow the false statements to stand without being corrected, (d) wait four months after OIG recommended to reinstate Washington to then only (partially) reinstate him, and (e) issue on June 23, 2020 the community letter communicating his putative reinstatement that falsely and maliciously stated or inferred that the OIG had "substantiated multiple allegations of serious misconduct" against

Washington, when OIG had found the opposite. Their actions were not deliberately indifferent, they were willful, wanton, and purposeful, and done with malice.

232. Because of CPS' actions (and inactions), Washington suffers the Damages specified above (*see supra* ¶¶ 208-218).

WHEREFORE, Plaintiff is entitled to a declaratory judgment that CPS' termination of him from LPHS violates federal law (Title IX); interim and permanent relief mandating that CPS reinstate him as coach and teacher at LPHS; an award of actual damages; an award of attorneys' fees and costs; and such other relief as the Court deems just and proper.

## COUNT II
42 U.S.C. § 1983
(Deprivation of Equal Protection and Title IX)
Against the Individual Defendants

233. The allegations of the preceding paragraphs are incorporated as though fully set forth herein.

234. Through their actions detailed above, Defendants, acting pursuant to CPS' regulations and customs, intentionally deprived Washington of his rights and privileges under the United States Constitution and under 20 U.S.C. § 1681 (Title IX).

235. Specifically, because of his gender, Defendants removed Washington from his coaching and teaching jobs at the School, which violates his rights of gender equity under the Equal Protection Clause of the 14th Amendment of the Constitution and under Title IX.

236. Defendants knew or should have known that their actions as detailed above – i.e., removing Washington as coach and teacher and issuing false statements in the process to defame him – violated clearly established law: namely, not to discriminate against anyone on the basis of their sex.

237. Because of CPS' actions (and inactions), Washington suffers the Damages specified above (*see supra* ¶¶ 208-218).

WHEREFORE, Plaintiff is entitled to a declaratory judgment that CPS' termination of him from LPHS violates the Constitution and federal law (Title IX); interim and permanent relief mandating that CPS reinstates him as coach and teacher at LPHS; an award of actual damages; an award of punitive damages; an award of attorneys' fees and costs; and such other relief as the Court deems just and proper.

### COUNT III
Defamation Per Se
Against the Individual Defendants

238. The allegations of the preceding paragraphs are incorporated as though fully set forth herein.

239. As detailed above, Defendants issued and made numerous statements stating, inferring, or suggesting that Plaintiff committed, or was alleged to have committed, sexual misconduct against a minor.

240. The statements include the statements made and slides presented at the February 3, 2020 Meeting, the numerous statements made and leaked to the media, the statements made to Alderman Michele Smith, and the June 23, 2020 letter sent to the LPHS community (each a "Statement" and together, the "Statements").

241. The Statements are and were false.

242. Each Statement made by Defendants stating or inferring that Larry Washington was removed as basketball coach and suspended as a teacher because he engaged in improper sexual misconduct with a student is false. Washington committed no sexual misconduct.

243. Each Statement made by Defendants stating or inferring that Larry Washington was removed as basketball coach and suspended as a teacher because he allegedly engaged in improper sexual misconduct with a student is false. Characterizing any of Washington's text messages as sexual misconduct is false.

244. Defendants made each Statement willfully, wantonly, and purposefully – not negligently. Defendants knew exactly what they were doing when they made each Statement – assassinating Washington's character and destroying his life – and they knew exactly why they made each Statement: because OFFICIAL 1 was the complainant and because Defendants needed to stand by their initial false story to justify the (wrongful) actions they originally took and then mercilessly defended.

245. In making each Statement, and doing so because OFFICIAL 1 was the complainant, Defendants acted with malice.

246. The Statements were not privileged. By acting recklessly, willfully, and wantonly, and because Defendants acted in bad faith when making the Statements, Defendants abused and defeated any privilege that might otherwise exist.

247. Because the Statements impugn (if not destroy) Plaintiff's professional integrity in his profession and accuse or infer that he committed a heinous crime, the Statements are defamatory *per se*.

248. Because of CPS' actions (and inactions), Washington suffers the Damages specified above (*see supra* ¶¶ 208-218).

WHEREFORE, Plaintiff is entitled to interim and permanent injunctive relief requiring Defendants to issue and disseminate statements retracting their false Statements; an award of

damages totaling no less than $5,000,000; an award of punitive damages; an award of attorneys' fees and costs; and such other relief as the Court deems just and proper.

## COUNT IV
Intentional Infliction of Emotional Distress
Against All Defendants

249.    The allegations of the preceding paragraphs are incorporated as though fully set forth herein.

250.    It was extreme, outrageous, intentional, purposeful, and willful for Defendants to: (a) (mis)handle its investigation of Washington because the complainant was OFFICIAL 1; (b) issue numerous knowingly false statements stating or inferring that Washington committed, or was accused of committing, sexual misconduct against a student, when such allegations were patently and objectively false; (c) wait four months to reinstate Washington after the OIG had communicated and recommended he be reinstated; and (d) when (partially) reinstating Washington, send the LPHS community a false and misleading letter that stated and inferred that Washington had still been found to have committed sexual misconduct or such serious offenses (together, the "Bad Acts").

251.    In committing their Bad Acts, Defendants intended to cause, or recklessly or consciously disregarded the probability of causing, Washington severe emotional distress and the Damages specified above.

252.    In committing their Bad Acts, Defendants' actions and conduct directly and proximately caused, and continue to cause, severe emotional distress to Plaintiff (as well as the Damages specified above), and thereby constitute intentional infliction of emotional distress.

WHEREFORE, Plaintiff is entitled to an award of damages totaling no less than $5,000,000; punitive damages; an award of attorneys' fees and costs; and such other relief as the Court deems just and proper.[7]

Dated: January 22, 2021                Respectfully submitted,

/s/ William Choslovsky
William Choslovsky
Ari Rosenthal
Zenia Salles
Ginsberg Jacobs, LLC
300 S. Wacker Ave, Suite 2750
Chicago, IL  60606
(312) 660-9611
wchoslovsky@ginsbergjacobs.com
arosenthal@ginsbergjacobs.com
zsalles@ginsbergjacobs.com

Counsel for Plaintiff

---

[7] Based on the results of discovery, Plaintiff reserves the right to bring additional claims or amend as necessary.

**EXHIBIT 1**

1/30/2020                     CPS Office of Inspector General Mail   (no subject)



Charles Hollendoner <chollendoner@cpsoig.org>

## (no subject)

**Student A** <Student A@gmail.com>                                    Thu, Jan 30, 2020 at 8:50 AM
To: Charles Hollendoner <chollendoner@cpsoig.org>

**ıll** AT&T  LTE                        8:43 AM                        @ 80% ▮▮▯

                    

Coach Wash >

iMessage
Tue, Jul 9, 10:47 AM

> Hey coach, it's ████████ I
> actually do need a ride tonight.
> Do you think you could pick me
> up from the school and drop
> me off after the game?

Yes

I pick you up at seven

Okay thank you

Thu, Jul 11, 5:58 PM

20-00154
Attachment 3

CPS Office of Inspector General Mail - (no subject)

# Where ya at?



Tue, Jul 16, 8:53 AM

# Hi are you coming to the game



[Quoted text hidden]

IMG_1635.PNG

1/29/2020

 AT&T LTE    10:24 AM     90% 





Coach Wash >

Hi are you coming to the game
tonight at 6pm

> I have ▉ practice at 6
> tonight, but I can probably
> make it to the game at 8

What team you with?



Ok

Tue, Jul 16, 7:56 PM

How far are you away?

A few minutes

Fri, Aug 30, 12:45 PM

Did you get in school?

  iMessage 

      

IMG 1636.PNG

1/29/2020

 AT&T  LTE

10:24 AM

@ 90%



Coach Wash >

Fri, Aug 30, 12:45 PM

Did you get in school?

Did you get in school?

Sorry I missed your call, but yeah I'm registered

Great what size uniform are you and do you have a preference of number

Thu, Sep 12, 2:32 PM

A ▮▮▮ in my class wants to tryout for basketball but ▮▮ needs the paperwork. Can I come get it from you sometime then bring it to ▮▮? ▮▮ plays ▮▮▮ so ▮▮ couldn't go yesterday.

▮▮ can get the paperwork

   Message 

      

1/29/2020

IMG_1637.PNG



 **AT&T** LTE     10:24 AM     90%

< 73



Coach Wash >

█ can get the paperwork
from █ doctor. also if █
plays █████ is good and
doesn't need anything █
physical is on file

Okay thanks

Tue, Sep 24, 6:53 PM

My physical got turned in with
my █████ paperwork

Great

I'll participate in the parade

Ok

Tue. Nov 5. 6:46 PM

Shoe size: ████

   iMessage 

      

1/29/2020

IMG_1638.PNG



 AT&T LTE

10:24 AM

89%



Coach Wash >

Tue, Nov 5, 6:46 PM



Sun, Nov 10, 5:24 PM



Mon. Nov 18, 8:55 AM

Tap to Download
IMG_1288.jpg
138KB

I had it right for two weeks and
then boom the freshman thru
me off.....I will get it together lol

I am going to start calling you
Student A ....much simpler lol

Wed, Nov 20, 3:25 PM

  iMessage 

     

IMG 1640.PNG

1/29/2020

 AT&T  LTE

10:25 AM

88%



Coach Wash >

Don't forget the air pump

Thu, Nov 21, 10:30 AM

Do you still have the uniform
from this summer?

The blue jerseys

Yeah I brought the jersey and
black shorts

What black shorts?

I just brought a pair of black
shorts just in case you don't
have any extra jersey shorts

We should have shorts

Okay



Thu, Nov 21, 9:04 PM

  iMessage 



      

IMG_1641.PNG

1/29/2020

 AT&T LTE

10:25 AM

88%

73



Coach Wash ›

Thu, Nov 21, 2:01 PM

They are saying they don't have any jerseys

Thu, Nov 21, 4:05 PM

Freshman gym

Fri, Dec 13, 8:49 AM

Just want to remind you that I'll be in Arizona from the 14-17

I just want to remind you that your teammates are really going to need you from the 14-17th

Fri, Dec 13, 10:45 AM

Sorry coach, it won't happen again

Tue, Dec 17, 7:20 AM

   iMessage 

      

IMG_1642.PNG

1/29/2020

 AT&T  LTE

10:25 AM

@ 88% [___]



Coach Wash ›

Tue, Dec 17, 7:20 AM

Are you coming back for the game?

Tue, Dec 17, 9:31 AM

No, my flight isn't until tonight

Sorry I wish I could come

Wed, Dec 18, 12:48 PM

Where is practice today?

FB

They said there is a science fair going on in the FG

It's not done?

 No

   iMessage 

      

1/29/2020

IMG_1643.PNG

.oolll AT&T  LTE　　　　　10:25 AM　　　　　@  88% (████)

< 73

Coach Wash >

No

Tap to Download
IMG_8870.gif
774KB

Small gym

Okay

Sun, Dec 22, 7:38 PM

What time do we need to be at
the school tomorrow

Nine 915

Mon, Dec 23, 9:11 AM

We are on the bus



iMessage





IMG 1644.PNG

1/29/2020

 AT&T LTE

10:25 AM

@ 88% 

‹ 73

Coach Wash ›

Mon, Dec 23, 9:11 AM

We are on the bus

Everyone isn't here yet tho

Mon, Dec 23, 12:28 PM

Are you staying for the next game?

No

I'm getting on the bus and leaving

Fri, Dec 27, 7:09 PM

Can I get a ride tomorrow?

Sure I will be at Lp by 9:30

Okay thank you

Sat, Dec 28, 9:33 AM

 iMessage 

 

      

1/1

IMG_1645.PNG

1/29/2020

 AT&T  LTE          10:25 AM          88%

< 73



Coach Wash >

Sat, Dec 28, 9:33 AM

On my way!

Okay

Sat, Dec 28, 12:16 PM

Where you at do you need a
ride back?

No I'm going with my dad

Ok

Fri, Jan 3, 10:07 AM

I don't know if I'll be able to
make it to practice, I have an
appointment

Try your best to get there

Okay for sure

   iMessage 

     

1/29/2020

IMG 1646.PNG

 AT&T LTE

10:25 AM

88%

< 73



Coach Wash >

Tue, Jan 14, 8:09 PM

Your speaker is in the gym still

I got it thanks

Fri, Jan 17, 1:00 PM

I heard you were crying that
practice got canceled.... so I
am going to come up with a
individual practice for you
don't worry kid I got you

Coach I wasn't crying

Are you sure?

Wed, Jan 22, 1:50 PM

Where are you?

Ms Brumfield is looking for you

   

     

1/1

IMG_1647.PNG

1/29/2020

 AT&T  LTE          10:25 AM          @ 87% 🔋

< 73



Coach Wash >

Fri, Jan 17, 1:00 PM

I heard you were crying that practice got canceled.... so I am going to come up with a individual practice for you 👍 don't worry kid I got you 😊

Coach I wasn't crying 😭 😭

Are you sure?

Wed, Jan 22, 1:50 PM

Where are you?

Ms Brumfield is looking for you

I'm not at school today

Delivered

Ok

    

      

1/1

**EXHIBIT 2**

Coach Washington

## Basketball



W   Practice MB



2 MIN AGO

Coach Washington

## Basketball



I've got some really bad news ladies....
I am canceling practice today 😿 🕯️
💩 the good news is practice will
resume tomorrow at 8:00am

    

**EXHIBIT 3**

# Lincoln Park High School Parent Meeting

February 3, 2020

# Meeting Agenda

- Introductions
- Meeting Norms
- Meeting Objectives
- Timeline of Events
- Summary of Investigations
- Upcoming Audits
- Support for People Affected
- LPHS Leadership Transition
- Questions

# Meeting Norms

- The law and Board rules prevent us from disclosing information during an ongoing investigation, so we are **not able to answer questions about any individual who may be involved**
  - We will only be able to answer questions about the process and how we will move forward

- During the questions session:
  - Please be **respectful** of others throughout the meeting
  - Please **keep your questions brief** to allow everyone to speak
  - Please **honor the rights and privacy of everyone** whom you think may be involved to protect both our students and our staff members

3

# Meeting Objectives

- Provide parents and families with an overview of
  - The timeline of events and a summary of alleged misconduct
  - Our response to the series of incidents and missteps which created an adverse climate and culture
- Partner with parents to end retaliatory behaviors that jeopardize students' emotional and physical safety
- Move forward as a safe and supportive community

4

# Timeline of Events

January 2, 2020

- Office of Student Protections and Title IX (OSP) receives a report of misconduct involving the team on a recent unauthorized boys' basketball overnight trip, and begins its first investigation.

January 7, 2020

- While conducting the investigation, OSP finds additional serious policy violations and failures to follow proper protocols by adults to ensure student safety
- Adults are removed from their positions.

January 9, 2020

- Community notification sent to basketball team and school community.

# Timeline of Events

January 13, 2020

- OSP finds greater systemic policy violations by adults.

January 14, 2020

- OSP receives a new, separate complaint of alleged sexual misconduct and initiates a new second investigation.

January 16, 2020

- OSP learns that school leadership was aware of student-on-student retaliation that was not properly reported. OSP begins a third investigation.

# Timeline of Events

## January 17, 2020

- Office of Inspector General (OIG) receives a new, separate report of alleged sexual misconduct related to the girls' basketball team, and begins a fourth investigation.

## January 24-25, 2020

- OIG requests removal of an adult based on information obtained by OIG during the investigation of the incident related to the girls' basketball team.
- Community notification is sent to the girls' basketball team and the school community.

7

# Timeline of Events

January 29-31, 2020

- District was made aware of additional systemic school-wide issues regarding misconduct and sports violations.
- Additional adults are removed.
- Due to the severity of the allegations and the adverse culture that was created, the remainder of the boys' basketball season is suspended.
- A community notification letter is issued.

# Key Allegations

There are four investigations at the OIG and OSP.

- Alleged *sexual* misconduct
- *Retaliation* and *interference* with investigations
- Serious misconduct that led to student harm

Allegations are serious and involve student misconduct and adult misconduct

9

# Summary of Allegations

There are four investigations at the OIG and OSP. Allegations involve student and adult misconduct including:

**Sexual Misconduct and Related Procedures**
- Sexual misconduct
- Failure to follow mandatory sexual misconduct reporting procedures, safety procedures, and related policies.

**Retaliation**
- Repeated and ongoing retaliation against witnesses and complainants
- Improper student discipline

**Interference with Investigations**
- Interference with an official investigation by school leadership and staff
- Withholding evidence from investigative bodies

**Misconduct that harm students**
- Improper evidence gathering and retraumatizing interviews of students
- Failure to provide appropriate support services to students
- Failure to create safety plans for students
- Dishonesty to families
- Violations of Board's transportation policy
- Allowing suspended employees to continue to work

**Athletics**
- Athletic recruiting violations
- Financial misconduct with respect to athletics' program accounts
- Violation of Board's volunteer policy and vetting protocols for volunteers

10

# Summary of Investigations

- District leaders were provided information and evidence from investigators demonstrating egregious and systemic policy violations, misconduct, and failure to protect students at LPHS.
- Multiple investigations are ongoing, and the removed employees will not be at school while the investigations are in process.
  - Some aspects of these investigations may be concluded before others.
  - Updates will be provided as warranted and as different aspects of the investigations are concluded.
- While we know this is difficult for the LPHS community, we must ensure LPHS is a safe, supportive, and healthy environment for your children.

11

# Upcoming Audits

These investigations indicate a systemic failure to keep students safe at LPHS. The following upcoming audits will help identify and evaluate areas for essential improvements:

- Internal Audit will conduct an assessment of the school's compliance with these board policies:
  - Reporting of Child Abuse, Neglect and Inappropriate Relations between Adults and Students
  - Comprehensive Non-Discrimination, Harassment, and Retaliation Policy
  - Sexual Health Education
  - Volunteer Policy
  - Student Travel Policy
  - Athletics Constitution and Bylaws
  - Staff Acceptable Use Policy

- In addition, **CPS Safety & Security has commissioned a comprehensive school safety audit:**
  - Physical safety conditions
  - Safety and security protocols
  - Access Control and Visitor management protocols
  - Emergency plans protocols

12

# Supports Provided to Those Affected

- Instituted Interim Measures - Issued No Contact directive for individuals involved and created safety plans for impacted students.
- Met with impacted students and parents to provide support and resources to address specific needs.
  - OSP will continue to coordinate on-going school-based clinical support.
  - OSP will continue to support affected students as needed.
  - On-site support for school community including meeting with the boys basketball team and availability for students throughout the day to drop-in and receive support as needed.
- Remain available to entire school community.
- OSP will provide targeted training to the school to ensure understanding of protocols and student safety.

13

# LPHS Leadership Transition

- LSC will continue to search for a new contract principal.

- Network Chief has assigned Jerryelyn Jones and Judith Gibbs as Administrators in Charge who will:

  - Manage LPHS' day-to-day operations with guidance from Chief LeMone

  - Ensure continuity of programs and supports for students, staff, and parents

  - Perform principal duties until LSC selects the next contract principal

- AP Brown and AP Duncan will continue in current roles.

# Parent Questions

Question Norms

- Questions should be respectful.
- Due to the ongoing investigation, we are not able to answer questions about any individual who may be involved.
- Please respect the privacy of the parties involved.

# Office of Student Protections and Title IX

Office of Student Protections and Title IX
Chicago Public Schools
110 N. Paulina St.
Chicago, IL 60612

OSP Main Line: 773-535-4400

E-Mail: osp@cps.edu

Website: www.cps.edu/osp

**EXHIBIT 4**

ADVERTISEMENT

BREAKING NEWS      NEWS

# Leaders removed, boys basketball season suspended amid allegations of 'serious misconduct' at Lincoln Park High School

**By HANNAH LEONE**
CHICAGO TRIBUNE  |  FEB 03, 2020

  

FEEDBACK

Subscribers | Take advantage of unlimited app access        DOWNLOAD NOW



Lincoln Park High School in Chicago in 2016. (Jose M. Osorio/Chicago Tribune)

Lincoln Park High School's varsity boys basketball team is suspended from the season, and school leaders have been removed amid allegations of "serious misconduct," according to a letter sent to families Friday.

"Due to multiple allegations of serious misconduct involving the athletics program at Lincoln Park High School, the district has removed Interim Principal John Thuet and Assistant Principal Michelle Brumfield from their positions," states the letter from Chicago Public Schools Network Chief Laura LeMone. "Dean John Johnson and Boys Basketball Coach Donovan Robinson have been reassigned from their duties pending the outcome of these investigations. Unfortunately, due to the severity of the misconduct allegations involving the team, the remainder of the varsity boy's basketball season has been suspended until further notice."

ADVERTISING

Subscribers | Take advantage of unlimited app access     DOWNLOAD NOW

lincoln-park-athletics-misconduct-20200201-ts7zcj3ervcpvobmyrfowtiv7u-story.html



The letter does not mention head coach Pat Gordon, who was removed earlier in January, CPS officials confirmed.

The boys basketball team's families were informed an unidentified staff member had been removed from the school in a Jan. 9 letter, in which Thuet wrote he'd been "made aware" that members of the team "took an overnight trip over winter break that was not a school sponsored event."

ADVERTISEMENT

FEEDBACK

SECTIONS

Your daily horoscope
Click here

CORONAVIRUS IN ILLINOIS UPDATES

The unidentified staff member in the Jan. 9 letter was Gordon, a source told the Tribune.

Subscribers | Take advantage of unlimited app access          DOWNLOAD NOW

An online petition to reverse the team's suspension, created by one of the junior players, was approaching 1,500 signatures Sunday afternoon.

"I'm here to ask you guys that support me and my teammates in this basketball world to help us get through this," the petition implores. "This is the city playoffs coming up next week Tuesday and our seniors and everybody else that plays on the team is hurting... They already have taken away our coach now they want to take away our season this is not right we have worked so hard to get to the point that we are at today we refuse to let this happen to us."

Parents interviewed by the Tribune expressed frustration with the decision to suspend the team and with the limited information that had been provided to them. Players said they found out by email that their season was suspended and worried they might miss out on the Chicago Public League playoffs starting this week.

Mariama Habib, the mother of the player who created the petition, said the team should be able to keep playing while the investigation is ongoing.

"This is all crazy," said another parent whose son is a senior on the team. "These kids are great at what they do, and I feel like they should have the opportunity to finish off their season."

While Friday's news is difficult for the school community, district staff wouldn't have taken such actions if they didn't believe they were necessary to promote a safe and supportive environment, LeMone wrote.

FEEDBACK

For the time being, CPS has appointed Judith Gibbs and Jerryelyn Jones as the "Administrators-in-Charge" of LPHS. Both are described as "veteran school leaders with years of successful school leadership experience in several Chicago Public

Families are invited to a meeting at 6 p.m. Monday in the school's auditorium about the leadership change and transition plans.

"LPHS will continue to be a strong school community with your support, and your child's best interests will continue to be the central focus of decisions made at the school level," the letter states. "While I am unable to discuss details regarding the investigations that led to the removal of these staff members, I am available to discuss steps the district takes to keep students safe and matters related to your child."



Breaking News Newsletter
As it happens

Get updates on the coronavirus pandemic and other news as it happens with our breaking email alerts

ENTER YOUR EMAIL ADDRESS

Also, on Jan. 25, Thuet sent all LPHS families an email about "an allegation that one of our employees engaged inappropriately with a student." The employee, who was not identified in the email, was removed from the school, and an investigation was initiated by the Office of Inspector General, according to the email.

According to the source, the employee was Larry Washington, the girls basketball coach.

The boys varsity team was ranked 13th in Illinois as of Friday, with a 19-3 record overall and 8-1 in its 10-team conference. They narrowly won their last game 59-58 and were scheduled for a playoff game Tuesday. State finals are in March.

Chicago police are not investigating, according to Sgt. Rocco Alioto, a police spokesman who was citing preliminary information.

Subscribers | Take advantage of unlimited app access          DOWNLOAD NOW

**EXHIBIT 5**

Case: 1:21-cv-00396 Document #: 1 Filed: 01/22/21 Page 84 of 103 PageID #:84

ADVERTISEMENT

BREAKING NEWS    NEWS

# Lincoln Park High School scandal has sparked 5 investigations and top leaders' removal. Here is how it unfolded.

**By HANNAH LEONE**
CHICAGO TRIBUNE | FEB 07, 2020

  

Subscribers | Take advantage of unlimited app access       DOWNLOAD NOW



People applaud other speakers Monday, Feb. 3, 2020 during a CPS meeting after leadership changes were announced at Lincoln Park High School. (Brian Cassella / Chicago Tribune)

Lincoln Park High School scandal has sparked 5 investigations and top leaders' removal. Here is how it unfolded.

## How the scandal unfolded

### Dec. 27-29

Members of the Lincoln Park High School boys basketball team take an overnight trip to the Detroit area that district officials would later call "unauthorized." Lincoln Park played in the Motor City Roundball Tournament, according to the tournament's website.

Subscribers | Take advantage of unlimited app access          DOWNLOAD NOW

"involving the team" on the trip and begins what becomes the first of at least four pending investigations involving Lincoln Park High.



(Brian Cassella/Chicago Tribune)

### Jan. 7

During that investigation, CPS officials say they uncover "additional serious policy violations and failures to follow proper protocols by adults to ensure student safety" and remove multiple adults from their positions. A CPS official later clarifies the adults referenced included boys basketball coach Pat Gordon and two adults who helped out with the team "but were not staff members and did not complete the district's volunteer application process as required," and were prevented from participating in school activities.

### Jan. 9

Subscribers | Take advantage of unlimited app access          DOWNLOAD NOW

from the school. A CPS source later confirms that staff member is head varsity coach Pat Gordon.



LINCOLN PARK HIGH SCHOOL
2001 N. Orchard St.
Chicago, IL 60614
P: 773-534-8130
F: 773-534-8218

| John Thuet | Elizabeth Brown | Kenneth Duncan | Michelle Brumfield |
| Interim Principal | Assistant Principal | Assistant Principal | Assistant Principal |

Dear Lincoln Park High School Boys Basketball Team Parents and Families,

The safety of your children is always our top priority, which is why I must inform you of a situation that has recently come to light. I've been made aware that members of the boys basketball team took an overnight trip over winter break that was not a school sponsored event. The staff member who led the trip has been removed from the school, and the district is investigating this situation in accordance with CPS policy.

Please know that we are taking this situation seriously, and we remain committed to providing your children with a safe, positive learning environment where they can reach their full potential. While I am unable to discuss details regarding the investigation, I am always available to discuss steps the district takes to keep students safe and matters related to your child. I can be reached at (773) 534-8130 or jrthuet@cps.edu.

Sincerely,
Principal Thuet

A letter from interim Principal John Thuet.

## Jan. 13

OSP finds "greater systemic policy violations by adults," according to CPS.

## Jan. 14

OSP receives a "new, separate complaint of alleged sexual misconduct" and initiates a second investigation related to Lincoln Park High. Sources with firsthand knowledge tell the Tribune the misconduct involved two students.

Your daily horoscope
Click here

SECTIONS

girl that she was sexually assaulted by a male at the school on Jan. 13.

Subscribers | Take advantage of unlimited app access　　　DOWNLOAD NOW

**Jan. 16**

OSP "learns that school leadership was aware of student-on-student retaliation that was not properly reported," according to CPS. OSP opens a third investigation related to Lincoln Park High.

**Jan. 17**

CPS' Office of Inspector General receives a "new, separate report of alleged sexual misconduct related to the girls basketball team," according to CPS, and a fourth investigation related to Lincoln Park High School is launched.

**Jan. 25**

The Office of Inspector General requests the removal of another adult based on information obtained while investigating "the incident related to the girls' basketball team."

Interim Principal Thuet informs parents via email of "an allegation that one of our employees engaged inappropriately with a student" and that the employee "has been removed from the school." A CPS official later confirms the subject of the investigation is girls coach Larry Washington.

**Jan. 29-31**

CPS is "made aware of additional systemic schoolwide issues regarding misconduct and sports violations." In a Jan. 31 letter to school families, a district official announces that "due to multiple allegations of serious misconduct involving the athletic program," the district has removed Thuet and Assistant Principal Michelle Brumfield, reassigned Dean John Johnson and basketball coach Donovan Robinson, and suspended the boys varsity basketball season until further notice. It later comes to light that Brumfield and Thuet were fired and designated "do-not-hire" by CPS.

Subscribers | Take advantage of unlimited app access          DOWNLOAD NOW

Case: 1:21-cv-00396 Document #: 1 Filed: 01/22/21 Page 89 of 103 PageID #:89

answers, and I really left confused in a daze." Robinson, who is also a community relations specialist at Michele Clark High School, is on vacation in Mexico and learns from a media report that he is reassigned. He checks his email and sees he is removed from duty, with pay, as a community relations representative, pending the outcome of a pre-suspension hearing "based on an allegation that, while coaching at Lincoln Park High School, you engaged in inappropriate communication with students."



Laura LeMone, EdD
Network 14
lelemone@cps.edu
773-535-8190
West Loop Office - 110 North Paulina St. Chicago, Illinois 60612

January 31, 2020

Dear Lincoln Park Parents and Families,

In Chicago Public Schools, we expect our school leaders and staff to prioritize the safety and security of all students and we have zero tolerance for any behavior that compromises the wellbeing of our students.

Today, I am writing to inform you that due to multiple allegations of serious misconduct involving the athletics program at Lincoln Park High School, the district has removed Interim Principal John Thuet and Assistant Principal Michelle Brumfield from their positions. Dean John Johnson and Boys Basketball Coach Donovan Robinson have been reassigned from their duties pending the outcome of these investigations. Unfortunately, due to the severity of the misconduct allegations involving the team, the remainder of the varsity boy's basketball season has been suspended until further notice. I know this is difficult news for the school community, but please know that we would not have taken these actions if we did not believe they were necessary to promote the safe and supportive educational environment your children deserve.

A letter from CPS.

## Feb. 3

Hundreds of Lincoln Park students walk off campus to rally in support of the school leaders who were removed and to push for the basketball team to be allowed to play. They also call for the release of more information about the investigations.



Subscribers | Take advantage of unlimited app access          DOWNLOAD NOW

Case: 1:21-cv-00396 Document #: 1 Filed: 01/22/21 Page 90 of 103 PageID #:90



Lincoln Park High School student and captain of the boys basketball team, Romelle Howard, 18, talks to reporters as students walk out of classes on Feb. 3. (Jose M. Osorio/Chicago Tribune)

That evening, the school hosts a crowded community meeting providing new details of the four investigations, marked by emotional comments from audience members critical of CPS' handling of the matter.

# Lincoln Park High School Parent Meeting

## February 3, 2020

Click above to see the slideshow from the meeting.

**Feb. 4**

Some players from the suspended team show up at two CPS offices seeking a last-minute reprieve to play in the evening city tournament game against

Subscribers | Take advantage of unlimited app access          DOWNLOAD NOW

Case: 1:21-cv-00396 Document #: 1 Filed: 01/22/21 Page 91 of 103 PageID #:91

from the upcoming state basketball tournament. Donovan Robinson, the
reserve coach who took over when Pat Gordon was removed, has a hearing
with CPS in which he learns he will be suspended without pay.

## Feb. 5

A letter informs Lincoln Park families that Judith Gibbs, one of two
administrators-in-charge brought in days earlier to lead the school amid the
leadership shakeup, is already out. Gibbs "has decided to leave LPHS today
after determining that she was not a good fit for LPHS," according to a letter to
families.

A district spokesman confirms that Gibbs is the subject of "an allegation
involving improper contact with a student." CPS does not elaborate on the
claim, but a video appears to show an adult female momentarily holding a
student's chin after he yanks his hand away from hers.

CPS also sets up a special hotline and email for the LPHS community.



**Laura LeMone, EdD**
Network 14
lalemone@cps.edu
773-535-8190
West Loop Office - 110 North Paulina St. Chicago, Illinois 60612

February 5, 2020

Dear Lincoln Park Parents and Families,

Today, I am writing to inform you that we have appointed Calvin Davis as a new
Administrator-in-Charge (AIC) of LPHS alongside Jerryelyn Jones. Mr. Davis has been a veteran
school leader with years of successful leadership experience building safe, positive, and
supportive school cultures in Chicago Public Schools (CPS). We believe he will be a great
addition to the LPHS' school community.

Mr. Davis will serve in place of Ms. Judith Gibbs who has decided to leave LPHS today after
determining that she was not a good fit for LPHS.

A letter from CPS.

Subscribers | Take advantage of unlimited app access        DOWNLOAD NOW

Case: 1:21-cv-00396 Document #: 1 Filed: 01/22/21 Page 92 of 103 PageID #:92

Tensions at LPHS are heightened by student walkouts, sit-ins and physical fights; prompting the school to bring in additional student support and safety measures. A student tells the media that he is the teen in the video whose face was grabbed.



**Feb. 7**

Members of the Lincoln Park High School Local School Council hold a press conference outside the school, saying they were left out of the decision to remove top administrators and demanding more information from CPS.

## What CPS investigators are looking into

CPS says its investigations center on both students and adults, and include allegations of:

- Sexual misconduct and failure to follow mandatory sexual misconduct reporting procedures, safety procedures and related policies.
- Repeated and ongoing retaliation against witnesses and complainants
- Improper student discipline
- Interference with an official investigation by school leadership and staff
- Withholding evidence from investigative bodies
- Improper evidence gathering and retraumatizing interviews of students
- Failure to provide appropriate support services to students or create safety plans for students
- Dishonesty to families
- Violations of the Board of Education's transportation policy
- Allowing suspended employees to continue to work
- Athletic recruiting violations
- Financial misconduct related to athletic program accounts
- Violation of CPS volunteer policy and vetting protocols

Sources: Chicago Public Schools, Tribune reporting and news reports

Subscribers | Take advantage of unlimited app access    DOWNLOAD NOW

Case: 1:21-cv-00396 Document #: 1 Filed: 01/22/21 Page 93 of 103 PageID #:93

## Not able to see the timeline? Click here.



### Hannah Leone

  

Hannah Leone reports on Chicago Public Schools for the Tribune. She has previously covered crime, courts, features and local government, having worked at newspapers in Washington, Oregon and Idaho before joining the Tribune in 2016. She lives in Andersonville, where she enjoys running along the lake.

**MOST READ · ELECTION 2020**



Are Republicans headed for a pro-Trump, anti-Trump civil war? 'Hell yes, we are,' says Illinois' Adam Kinzinger.



Fact check: A look at the false claims spread about Kamala Harris, including her eligibility to serve as president



Republican presidential candidates for 2024 left waiting as Trump freezes the field of hopefuls



Republican nominee for US Senate in Delaware has repeatedly promoted QAnon conspiracy theory, once called self 'flat earther'



Watch live: Angry Trump supporters swarm Capitol, breaking in and ending session to certify Joe Biden's victory

Subscribers | Take advantage of unlimited app access　　DOWNLOAD NOW

**EXHIBIT 6**

1/19/2021          Lincoln Park High School basketball season unlikely to resume, mayor says - Chicago Sun-Times



EDUCATION    NEWS    SPORTS

# Lincoln Park High School basketball season unlikely to resume, mayor says

Lightfoot said CPS took the right steps in suspending the season, which led the Lions to forfeit a Public League playoff game Tuesday.

By Michael O'Brien, Lynn Sweet, and Nader Issa | Feb 4, 2020, 7:07pm CST



Ashlee Rezin Garcia/Sun-Times

**The Chicago Sun-Times is supported by readers like you.** Get unlimited access to quality local journalism for only $29.99/year.          JOIN TODAY

Lincoln Park High School's boys basketball team is officially out of the Chicago Public League playoffs after forfeiting its first-round game Tuesday, and those hoping the team might get reinstated in time for the state playoffs are unlikely to get any relief from Mayor Lori Lightfoot.

The Lions forfeited their game against Perspectives-MSA days after the district suspended their season because of allegations that included misconduct during a team trip to Detroit near the end of December. CPS suspended the team's head coach, Pat Gordon, in early January. After further investigation uncovered several more serious allegations, the district said it reassigned interim coach Donovan Robinson and fired interim principal John Thuet and assistant principal Michelle Brumfield.

Lightfoot, who was in Washington, D.C. Tuesday, told the Sun-Times she doesn't "have any reason to believe that they're going" to reinstate the team's season. "There's no coaches, so it's hard for the team to go forward," the mayor said.

RELATED

**Multiple allegations of sex misconduct, other wrongdoing led to removals at Lincoln Park H.S., basketball season suspension, CPS says**

Technically any Lincoln Park staff members with the proper coaching certifications could step in to coach the team if the suspension was lifted. But a CPS spokesman said Tuesday the decision to suspend the remainder of the season was based on serious allegations that went beyond concern about coaches.

"As we've said, there are allegations of student misconduct and adult misconduct," CPS spokesman Michael Passman said. "The season would not be suspended if the district was only looking at adult misconduct."

CPS has yet to get into specifics about the allegations that led to the suspensions and firings, only broadly describing the type of alleged misconduct. District officials are worried that going into deeper detail could subject any involved students to further trauma, a source said.

CPS officials said at a meeting with parents and students Monday night that there are multiple investigations into allegations of sexual misconduct, retaliation against witnesses, lying to families and financial mismanagement of the athletics program.

In addition to allegations against the boys team, the school is investigating the **girls** basketball team — the team's coach was removed from the school for alleged improper contact with a player on the girls team — and a separate allegation of sexual misconduct at the school involving two students not related to the teams.

Lightfoot said "the information that was provided by CPS personnel at the town hall last night was pretty fulsome."

"Based on the information I was provided, I have confidence that the CPS personnel took the right steps to make sure that we had a safe, healthy school environment for young people," Lightfoot said.

## Playoff seeding coming up

The Illinois High School Association will seed the state playoffs on Feb. 18. If Lincoln Park's boys basketball team isn't included in the field it would be difficult for the team to be added after the fact, barring the type of legal injunction that allowed the Public League cross-country teams back into the state tournament in November after the Chicago Teachers Union strike.

Lincoln Park has already been removed from a shootout in Aurora it was scheduled to play in this weekend. The Lions' only remaining scheduled regular season game is Feb. 21 against Walfdorf.

Perspectives-MSA coach Waybon McConnell is disappointed his team won't get a chance to face Lincoln Park on Tuesday. Lincoln Park is 19-3, finished second in the Red-North/West and is regarded as one of the best teams in the state.

"We really wanted to compete," McConnell said. "This was the first time Perspectives-MSA has ever made the Red Division city playoffs. My players, coaches, and I were excited to be able to go into my alma mater where I played basketball and coach against a mentor [Lincoln Park coach Pat Gordon].

"I know a few kids and parents at Lincoln Park and they're heartbroken. It's not the way as a coach I ever want to win a game but it seems this is the outcome. I hope the entire Lincoln Park High School community can overcome this situation because it's truly a phenomenal institution academically and athletically."

Perspectives will face the Clark vs. Kenwood winner in the second round of the playoffs on Thursday.

**EXHIBIT 7**

Office of
**Inspector General**
Chicago Board of Education
Nicholas Schuler, Inspector General

| | |
|---|---|
| **Case:** | 20-00154 |
| **Report #:** | 01 |
| **From:** | Nicholas Schuler<br>Inspector General |
| **Activity Date:** | January 17, 2020 |
| **Subject:** | Case Initiation Report |

The Office of Inspector General received a complaint alleging that Larry Washington, a substitute teacher and basketball coach at Lincoln Park HS, texted a student that he could set up a "one on one" basketball practice with them. The subject(s) of this investigation will be identified as:

Name:            Larry Washington
Employee i.d. number: ▮
DOB:
Title:             Substitute Teacher / Basketball Coach
School/Unit:       Lincoln Park HS

This complaint will be assigned for investigation.

**Report Date:**     1/17/2020

**EXHIBIT 8**



## Board of Education of the City of Chicago
## Law Department

Joseph T. Moriarty
General Counsel

1 North Dearborn Street, Suite 900
Chicago, IL 60602
Telephone: (773) 553-1700
Fax: (773) 553-1701

June 22, 2020

***VIA U.S. MAIL***
Larry Washington

Chicago, Il

Dear Mr. Washington:

As you know, an investigation was conducted regarding allegations that you communicated with students outside of an approved CPS messaging app, gave students rides in your personal vehicle, and that your communication with one student was sexually motivated and/or retaliatory. The investigation is now concluded, and the allegations were partially substantiated. The investigation found that while you communicated with students improperly and gave students rides in your vehicle, your actions were related to your duties as a basketball coach and were not sexually motivated nor retaliatory.

This case has been assigned to an attorney in the Labor and Employee Discipline Unit of the Board of Education of the City of Chicago's Law Department. The Board will determine what level of discipline is appropriate. In order to do so, the Board is required to follow certain policies and procedures. You will receive separate notices at different stages of the process. As a result of the investigation, you will be allowed to continue substitute teaching for Chicago Public Schools in the future.

If you have any questions in the meantime, please feel free to email the Labor and Employee Discipline Unit at EmployeeDiscipline@cps.edu.

Sincerely,

Labor and Employee Discipline Unit
Board of Education of the City of Chicago Law Department
1 N. Dearborn Street, Ste. 900
Chicago, Illinois 60602
(773) 553-1700

cc:    Eric A. Steinmiller, Principal, Lincoln Park H.S., easteinmille@cps.edu
Laura Lemone, Network 14 Chief, lalemone@cps.edu
Office of Student Protections, SLRuiz1@cps.edu
Office of Inspector General, anesbitt@cpsoig.org and aporter19@cpsoig.org  (OIG 20-00154)

**EXHIBIT 9**



**Laura LeMone, EdD**
**Network 14**
lalemone@cps.edu
773-535-8190
West Loop Office - 110 North Paulina St. Chicago, Illinois 60612

June 23, 2020

Dear Lincoln Park Parents and Families,

I hope this email finds you and your loved ones healthy and safe. I am writing today to update you on investigations involving coaches from the Lincoln Park athletics program who were removed from the school in January and February due to allegations of misconduct.

The Office of Student Protections and Title IX and the Office of Inspector General substantiated multiple allegations of serious misconduct at Lincoln Park High School. Based on these findings, the district has decided to file dismissal charges and move forward with a termination hearing for Pat Gordon (school security officer). In addition, the district has revised its discipline recommendation for Donovan Robinson (community relations representative at another CPS high school) and Larry Washington (day-to-day citywide substitute). While misconduct was substantiated, the district determined that it is appropriate for Mr. Robinson and Mr. Washington to return to their respective instructional positions. To ensure understanding of district policies moving forward, Mr. Robinson and Mr. Washington will receive training and support from the Network and the CPS Office of Student Protections and Title IX.

Nothing is more important to us than the safety and well-being of your children. We take all allegations extremely seriously, and these investigations were necessary to ensure that your child's safety will continue to be appropriately safeguarded. With these investigations behind us, I am confident that Lincoln Park will be a stronger and safer school community.

If you have questions, please feel free to contact me at lalemone@cps.edu.

Sincerely,

Laura LeMone
Chief of Network 14
Chicago Public Schools