**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Larry Washington

                                            Plaintiff,

v.                                                                      Case No.: 1:21−cv−00396
                                                                       Honorable Sara L. Ellis

Board of Education for the City of Chicago, et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 10, 2024:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Off−the−record pre−settlement call held on 9/10/2024. Three−hour IN−PERSON settlement conference set for 10/9/2024 at 1:30 p.m. This date is final and can only be changed by the granting of a motion. The Court already has the parties' prior settlement submissions. Judge Holleb Hotaling may conduct ex parte settlement discussions in advance of the settlement conference. Participants in the in−person settlement conference should report to Courtroom 1700, 219 South Dearborn Street, Chicago, IL 60604, unless otherwise notified in advance of the conference.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.